IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KINNEY, *et al.*, | No. C 12-4477 SI; No. C 12-4478 SI |
| Plaintiffs, | **ORDER OF REFERRAL** |
| v. | |
| BRISTOL-MYERS SQUIB COMPANY, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c) the Court *sua sponte* refers these cases to Judge Chen for a determination of whether they are related to *Caouette et al v. Bristol-Myers Squibb Company et al.*, C 12-1814 EMC.

**IT IS SO ORDERED.**

Dated: August 29, 2012

SUSAN ILLSTON
United States District Judge